UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIA ASHLEY LUNA,

                                    Plaintiff,

            -against-

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                                    Defendant.

Case No. 1:24-cv-06188 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Through a notice of electronic filing, the Court shall notify the Commissioner of the

Social Security Administration through its Office of General Counsel and the U.S. Attorney's

Office for the Southern District of New York of the filing of this case, brought pursuant to 42

U.S.C. § 405(g).  By separate Order today, the Court is referring this case to the assigned

Magistrate Judge for a report and recommendation on any motion for judgment on the pleadings.

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster

disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are

willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before

Magistrate Judge Gorenstein.

If both parties consent to proceed before Judge Gorenstein, counsel for the defendant

must, **within two weeks of the date of this Order**, submit a fully executed Notice, Consent, and

Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order

(and also available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge).  If

the Court approves that form, all further proceedings will then be conducted before Judge

Gorenstein rather than before me.  Any appeal would be taken directly to the United States Court

of Appeals for the Second Circuit, as it would be from this Court if the consent form were not

signed and so ordered.  An information sheet on proceedings before magistrate judges is also attached to this Order.

If either party does not consent to conducting all further proceedings before Judge Gorenstein, the parties must file a joint letter, **within two weeks of this Order**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.**  At that time, the Court will then refer this case to Judge Gorenstein for a report and recommendation on any motion for judgment on the pleadings.  The parties are free to withhold consent to conducting all further proceedings before Judge Gorenstein without negative consequences.

Dated: August 19, 2024
      New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge